IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| In Re: | 8:18CV385 |
| --- | --- |
| | 8:18CV391 |
| TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins) against UNION PACIFIC RAILROAD COMPANY, | 8:18CV415 |
| | 8:18CV421 |
| | 8:18CV484 |
| | 8:18CV503 |
| Defendant. | 8:18CV540 |
| | **ORDER** |

Defendant, Union Pacific Railroad Company, has requested a telephone conference to discuss ongoing discovery disputes in the above-referenced matters. (See Attachment) The court has convened several similar conferences in recent months. During those conferences, I have warned Plaintiffs' counsel to appropriately and timely respond to discovery requests, and I have instructed counsel to implement processes and devote manpower so the Plaintiffs' discovery responses are timely served.

The court has been notified that for the above-identified cases, Plaintiff's counsel has again failed to timely serve discovery, indicating my prior warnings and instructions have not been effective in reducing the ongoing discovery-related issues in the Diesel Fume cases filed by Plaintiffs' counsel. As such, the court will not convene a pre-motion telephone conference to address the current discovery dispute. Instead,

IT IS ORDERED that Defendant is granted leave to file a motion to compel and request for sanctions, such motion to be filed on or before May 6, 2019.

April 25, 2019.                         BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge