IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOCORRO O'NEILL, as the personal representative of the Estate of Timothy O'Neill,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | **8:18CV385**<br><br>**JUDGMENT** |

For the reasons stated in the Memorandum and Order filed today,

IT IS ORDERED:

　　Judgment is entered in favor of Defendant, Union Pacific Railroad Company, and against Plaintiff Socorro O'Neill, as the personal representative of the Estate of Timothy O'Neill providing that Plaintiff shall take nothing and Plaintiff's complaint is dismissed with prejudice, with costs to be taxed against Plaintiff in accordance with Fed. R. Civ. P. 54(d).

　　Upon taxation by the clerk, the amount of costs allowable to Defendant shall be included in this judgment without any further action by the court.

July 23, 2020

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge